IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE A. RODRIGUEZ-LESPIER<br>2) ROLANDO NATLA-SABATER<br>3) RENE RAMIREZ-ALZAMORA<br>4) RUBEN FERNANDEZ-LOPEZ<br>5) MANUEL PEREZ-HUERTAS<br>6) MAGALI L. FERNANDEZ-LOPEZ<br>**7) MELISSA MADERA-LABOY**<br>8) CARLOS D. MARTINEZ-MENDOZA<br>9) ERIC C. GONZALEZ-MELENDEZ<br>10) WILFREDO LOPEZ-MARTINEZ<br>11) CARLOS RIVERA-VELAZQUEZ<br>12) CRISTOBAL MUÑOZ-GARCIA<br>13) JOSE M. ALBIZU-RIVERA<br>14) JUAN M. LOPEZ-COLON<br>15) JOSE A. COSME-MALDONADO<br>16) RUFINO COLON-PEREZ<br>17) MARIA L. COLON-VEGA<br>18) EDWIN GARCIA-RIOS<br>19) WILLIAM FLORES-LESPIER<br>20) RAFAEL IRIZARRY-SANTOS<br>21) WILLIAM ROSADO-GUZMAN<br>22) NIURKA M. MUÑOZ-GOMEZ<br>23) JOSE M. GOMEZ-ZALDO<br>24) CARLOS R. RODRIGUEZ-VEGA<br>25) SANTOS R. MONTES-MONTALVO<br>26) SOTERO GONZALEZ-LOPEZ<br>27) FELIX MALDONADO-RIOS<br>28) ERIC D. GONZALEZ-MELENDEZ<br>29) JOSE J. FELICIANO-RIVERA<br>30) JOSE E. LOPEZ-MIRANDA<br>31) MELVIN J. OJEDA-VAZQUEZ<br>32) JAVIER O. PEREZ-HERNANDEZ<br>33) GUSTAVO A. VELEZ-OQUENDO<br>34) LORIMAR SANTIAGO-RODRIGUEZ<br>Defendants | CRIMINAL 10-0412CCC |

**ORDER**

Having considered the Report and Recommendation filed on June 22, 2012 (**docket entry 752**) on a Rule 11 proceeding of defendant Melissa Madera-Laboy (7) held before U.S. Magistrate Judge Bruce J. McGiverin on June 19, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The

Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 19, 2012. The **sentencing hearing is set for September 18, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 29, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge