IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff <br> vs <br> 1) JOSE A. RODRIGUEZ-LESPIER <br> 2) ROLANDO NATLA-SABATER <br> 3) RENE RAMIREZ-ALZAMORA <br> 4) RUBEN FERNANDEZ-LOPEZ <br> 5) MANUEL PEREZ-HUERTAS <br> 6) MAGALI L. FERNANDEZ-LOPEZ <br> 7) MELISSA MADERA-LABOY <br> 8) CARLOS D. MARTINEZ-MENDOZA <br> 9) ERIC C. GONZALEZ-MELENDEZ <br> 10) WILFREDO LOPEZ-MARTINEZ <br> 11) CARLOS RIVERA-VELAZQUEZ <br> 12) CRISTOBAL MUÑOZ-GARCIA <br> 13) JOSE M. ALBIZU-RIVERA <br> 14) JUAN M. LOPEZ-COLON <br> 15) JOSE A. COSME-MALDONADO <br> 16) RUFINO COLON-PEREZ <br> 17) MARIA L. COLON-VEGA <br> 18) EDWIN GARCIA-RIOS <br> 19) WILLIAM FLORES-LESPIER <br> 20) RAFAEL IRIZARRY-SANTOS <br> 21) WILLIAM ROSADO-GUZMAN <br> 22) NIURKA M. MUÑOZ-GOMEZ <br> **23) JOSE M. GOMEZ-ZALDO** <br> 24) CARLOS R. RODRIGUEZ-VEGA <br> 25) SANTOS R. MONTES-MONTALVO <br> 26) SOTERO GONZALEZ-LOPEZ <br> 27) FELIX MALDONADO-RIOS <br> 28) ERIC H. GONZALEZ-CHACON <br> 29) JOSE J. FELICIANO-RIVERA <br> 30) JOSE E. LOPEZ-MIRANDA <br> 31) MELVIN J. OJEDA-VAZQUEZ <br> 32) JAVIER O. PEREZ-HERNANDEZ <br> 33) GUSTAVO A. VELEZ-OQUENDO <br> 34) LORIMAR SANTIAGO-RODRIGUEZ <br> Defendants | CRIMINAL 10-0412CCC |

**ORDER**

Having considered the Report and Recommendation filed on July 31, 2012 (**docket entry 826**) on a Rule 11 proceeding of defendant José M. Gómez-Zaldo (23) before U.S. Magistrate Judge Marcos E. López on July 30, 2012, to which no opposition has been

CRIMINAL 10-0412CCC

filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 30, 2012. The **sentencing hearing is set for October 30, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 17, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge